# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-3131
_____

Eugene Lionel Boulanger

*Plaintiff - Appellant*

v.

Jonathan David Holets

*Defendant - Appellee*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: April 3, 2025
Filed: April 23, 2025
[Unpublished]
_____

Before BENTON, GRASZ, and KOBES, Circuit Judges.
_____

PER CURIAM.

Minnesota resident Eugene Boulanger appeals the district court's[1] adverse grant of judgment on the pleadings in this civil rights action. After careful de novo

_____

[1]The Honorable Katherine M. Menendez, United States District Judge for the District of Minnesota.

review of the record and the parties' arguments on appeal, we find no basis for reversal. *See Ellis v. City of Minneapolis*, 860 F.3d 1106, 1109-10 (8th Cir. 2017) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____